JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　　　v.<br><br>ARTAK OVSEPIAN,<br><br>　　　　Defendant/Petitioner. | Case No. **CV 20-7717 VAP**<br>　　　　(CR 11-1075 SJO)<br><br>**Judgment**<br>**[Doc. No. 1]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　4/28/21

　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　United States District Judge